UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
Attorney for Chapter 7 Trustee
JM5998

**Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Camron Paige,

Debtor(s).

Case No. 23-18289/

## CONSENT ORDER

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 6, 2023**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):   Camron Paige
Case No:    23-18289/ABA

This matter having come before the Court as a Consent Order executed by Debtors' Attorney as well as the Trustee in the above captioned. As the parties having conferred regarding the Petition filed on September 22, 2023, and wherein the Trustee is requesting an extension of time to file an objection to Discharge and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code is hereby extended to March 1, 2024.

I hereby consent to the terms and conditions stated herein.

/s/Eric J Clayman
_____
Eric Clayman, Esquire
Attorney for Debtor(s)

Dated: 12/3/2023

_____
Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

Dated: 12/3/2023