UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
Attorney for Chapter 7 Trustee
JM5998

**Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Camron Paige,

Debtor(s).

Case No. 23-18289/

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 6, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):   Camron Paige
Case No:    23-18289/ABA

This matter having come before the Court as a Consent Order executed by Debtors' Attorney as well as the Trustee in the above captioned. As the parties having conferred regarding the Petition filed on September 22, 2023, and wherein the Trustee is requesting an extension of time to file an objection to Discharge and the Court having reviewed the Consent Order and for good cause shown, it is hereby

**ORDERED THAT** the time the Trustee or U.S. Trustee can file a complaint objecting to the discharge of the debtor pursuant to §727 of the Bankruptcy Code is hereby extended to March 1, 2024.

I hereby consent to the terms and conditions stated herein.

/s/Eric J Clayman
Eric Clayman, Esquire
Attorney for Debtor(s)

Dated: 12/3/2023

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

Dated: 12/3/2023

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18289-ABA |
| Camron T. Paige | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Camron T. Paige, 817 Union Landing Rd, Cinnaminson, NJ 08077-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com |
| Eric J Clayman | on behalf of Debtor Camron T. Paige Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4