| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **DILWORTH PAXSON LLP** <br> 1500 Market Street, Suite 3500E <br> Philadelphia, PA 19102 <br> Telephone: (215) 575-7000 <br> Anne M. Aaronson (AA1679) <br><br> *Counsel to Police and Fire Federal Credit Union* | |
| In re: <br><br> Camron Paige <br><br> Debtor. | Chapter 7 <br><br> Case No.  23-18289 (ABA) <br><br> Hearing Date: January 16, 2024 at 10:00 am <br><br> Judge: Andrew B. Altenberg |

## CERTIFICATION OF SERVICE

1) I, Christine Tomlin, am a paralegal with Dilworth Paxson LLP, who represents creditor Police and Fire Federal Credit Union in this matter.

2) On December 20, 2023, I sent a copy of the following pleadings and/or documents to the parties listed on the attached service list.

   - Motion for Relief from Automatic Stay with continued hearing date

3) I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 20, 2023

/s/ Christine Tomlin
Christine Tomlin, Paralegal

124016118-1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Camron Paige<br>817 Union Landing Road<br>Cinnaminson, NJ 08077-2005 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Eric J. Clayman<br>Clayman Law LLC<br>1814 East Route 70, Suite 350<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Joseph Marchand<br>Chapter 7 Trustee<br>106 Hickory Court<br>Mullica Hill, NJ 08062 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

124016118-1