UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Camron Paige

Case No.: 23-18289/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __February 13, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
817 Union Landing Road
Cinnaminson, NJ
FMV - $170,000.00-$180,000.00

Liens on property: Shellpoint - $217,066.00

Amount of equity claimed as exempt:  $27,900.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 106 Hickory Court, Mullica Hill, NJ 08062
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-18289-ABA
Camron T. Paige  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 11, 2024     Form ID: pdf905     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Camron T. Paige, 817 Union Landing Rd, Cinnaminson, NJ 08077-2005 |
| 520031288 | | Alexis Paige, 817 Union Landing Rd, Cinnaminson, NJ 08077-2005 |
| 520031291 | + | NJ American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 520031297 | + | SUNNOVA ENERGY CORPORA, 24 GREENWAY PLZ STE 1515, HOUSTON, TX 77046-2452 |
| 520031303 | | WEBBANK/ONEMAIN/FIS, PO BOX 31535TA-74, TAMPA, FL 33631 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520031287 | + | Email/Text: BankruptcyNotices@Achieve.com | Jan 11 2024 20:42:00 | ACHIEVE PERSONAL LOANS, 1875 S GRANT ST STE 400, SAN MATEO, CA 94402-2676 |
| 520031289 | + | Email/Text: netcreditbnc@enova.com | Jan 11 2024 20:43:30 | NETCREDIT/TABLOC, 175 W JACKSON BLVD, CHICAGO, IL 60604-2615 |
| 520031290 | | Email/Text: csc.bankruptcy@amwater.com | Jan 11 2024 20:43:00 | New Jersey American Water, Po Box 371331, Pittsburgh, PA 15250-7331 |
| 520089334 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 11 2024 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520031292 | + | Email/PDF: cbp@omf.com | Jan 11 2024 20:50:44 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 520031293 | + | Email/Text: bankruptcy1@pffcu.org | Jan 11 2024 20:42:00 | POLICE AND FIRE FEDE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 520031294 | ^ | MEBN | Jan 11 2024 20:40:44 | PSE & G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520031295 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 11 2024 20:42:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 520031296 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 11 2024 20:42:00 | SHELLPOINT MORTGAGE, 75 BEATTIE PL STE 300, GREENVILLE, SC 29601-2138 |
| 520031298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 21:02:01 | SYNCB/HOME DESIGN HVAC, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 520031299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 21:02:18 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |

| | | | | |
|---|---|---|---|---|
| 520031300 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 21:13:40 | SYNCB/PC RICHARDS, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 520031301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 20:51:17 | SYNCB/SCORE REWARDS DC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 520031302 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 11 2024 20:43:00 | TBOM - GENESIS RETAIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 520031304 | | Email/Text: bankruptcy_notices@wgresorts.com | Jan 11 2024 20:41:00 | WESTGATE RESORTS LTD, 5601 WINDHOVER DR, ORLANDO, FL 32819 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com |
| Brian C. Nicholas | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Camron T. Paige Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Joseph Marchand | jdmarchand@comcast.net jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5