Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−18289−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Camron T. Paige
   817 Union Landing Rd
   Cinnaminson, NJ 08077−2005

Social Security No.:
   xxx−xx−4815

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Property:
817 Union Landing Road
Cinnaminson, NJ

Dated: February 7, 2024
JAN: jgd

                                                              Jeanne Naughton
                                                              Clerk