Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 23−18289−ABA
           Chapter: 7
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Camron T. Paige
   817 Union Landing Rd
   Cinnaminson, NJ 08077−2005

Social Security No.:
   xxx−xx−4815

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 8, 2024</u>	<u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court