**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Camron T. Paige <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4815 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23–18289–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Camron T. Paige

3/8/24

**By the court:**   Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 23-18289-ABA
Camron T. Paige                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                  Page 1 of 2
Date Rcvd: Mar 08, 2024                      Form ID: 318                                 Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Camron T. Paige, 817 Union Landing Rd, Cinnaminson, NJ 08077-2005 |
| 520031288 | | Alexis Paige, 817 Union Landing Rd, Cinnaminson, NJ 08077-2005 |
| 520031291 | + | NJ American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 520031297 | + | SUNNOVA ENERGY CORPORA, 24 GREENWAY PLZ STE 1515, HOUSTON, TX 77046-2452 |
| 520031303 | | WEBBANK/ONEMAIN/FIS, PO BOX 31535TA-74, TAMPA, FL 33631 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJDMARCHAND.COM | Mar 09 2024 01:39:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 106 Hickory Court, Mullica Hill, NJ 08062-9527 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520031287 | + | Email/Text: BankruptcyNotices@Achieve.com | Mar 08 2024 20:53:00 | ACHIEVE PERSONAL LOANS, 1875 S GRANT ST STE 400, SAN MATEO, CA 94402-2676 |
| 520031289 | + | Email/Text: netcreditbnc@enova.com | Mar 08 2024 20:54:00 | NETCREDIT/TABLOC, 175 W JACKSON BLVD, CHICAGO, IL 60604-2615 |
| 520031290 | | Email/Text: csc.bankruptcy@amwater.com | Mar 08 2024 20:54:00 | New Jersey American Water, Po Box 371331, Pittsburgh, PA 15250-7331 |
| 520089334 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 08 2024 20:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520031292 | + | EDI: AGFINANCE.COM | Mar 09 2024 01:39:00 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 520031293 | + | Email/Text: bankruptcy1@pffcu.org | Mar 08 2024 20:53:00 | POLICE AND FIRE FEDE, 3333 STREET RD, BENSALEM, PA 19020-2022 |
| 520031294 | ^ | MEBN | Mar 08 2024 20:48:23 | PSE & G, Po Box 14444, New Brunswick, NJ 08906-4444 |
| 520031295 | + | EDI: SALLIEMAEBANK.COM | Mar 09 2024 01:39:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 520031296 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 08 2024 20:53:00 | SHELLPOINT MORTGAGE, 75 BEATTIE PL STE 300, GREENVILLE, SC 29601-2138 |
| 520031298 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCB/HOME DESIGN HVAC, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |

| | | | | |
|---|---|---|---|---|
| 520031299 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 520031300 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCB/PC RICHARDS, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 520031301 | + | EDI: SYNC | Mar 09 2024 01:39:00 | SYNCB/SCORE REWARDS DC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 520031302 | + | EDI: PHINGENESIS | Mar 09 2024 01:39:00 | TBOM - GENESIS RETAIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 520031304 | | Email/Text: bankruptcy_notices@wgresorts.com | Mar 08 2024 20:53:00 | WESTGATE RESORTS LTD, 5601 WINDHOVER DR, ORLANDO, FL 32819 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Anne Marie Aaronson | on behalf of Creditor Police and Fire Federal Credit Union aaaronson@dilworthlaw.com ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Camron T. Paige Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Joseph Marchand | jdmarchand@comcast.net jdmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5